IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEO NOGA, | : CIVIL ACTION |
| | : |
| v. | : NO. 18-3455 |
| | : |
| RELIANCE STANDARD INSURANCE COMPANY | : |
| | : |

## **ORDER**

**AND NOW**, this 27th day of August, 2019, upon consideration of the parties' cross-motions for summary judgment and responses thereto, and after oral argument being held, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment (Docket No. 14) is **GRANTED**;

2. Defendant's Motion for Summary Judgment (Docket No. 18) is **DENIED**;

3. Plaintiff is awarded disability benefits along with interest and his life insurance is hereby reinstated as set forth in ERISA;

4. Plaintiff's counsel is awarded costs and attorney's fees; and

5. Plaintiff shall submit a fee petition to the Court within twenty (20) days of the date of this order.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.